UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: JBWI Homes, LLC,            20-27616-KMP
Chapter 7

Debtor(s).

**TRUSTEE'S OBJECTION TO MOTION BY VELOCITY COMMERICAL CAPITAL, LLC'S FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONEMENT**

Titania D. Whitten, trustee in this case, hereby responds to the Motion for Relief from Automatic Stay and Abandonment filed by Velocity Commercial Capital LLC's ("Creditor") for the property located at 6770 N. 43rd Street, Milwaukee, WI 53209 and in support thereof, alleges as follows:

(1) JBWI Homes LLC ("Debtor") filed a petition under Chapter 7 of the Bankruptcy Code on November 22, 2020.

(2) The Debtor stated in Schedule A that the value of the property is $825,000.

(3) The Creditor alleges in Paragraph 7 of their Motion for Relief and Abandonment that the balance owed on the note is approximately $801,628.07.

(4) Based upon these numbers there is equity in the Debtor's property over and above the amount owed to the Creditor.

    (a) After subtracting the balance due on the mortgage of $801,628.07 from the estimated value of $825,000 a total of $23,371.93 remains.

(5) The Debtor has exempted $0.00 of the equity in this property.

(6) Additionally, the Debtor has not provided any documents with regard to its filing even though the 341 Meeting of Creditors was scheduled for and was held on December 21, 2020.

(7) At that hearing, Debtor through its agent, Jonathan Bliss, indicated there is an appraisal for $1.2 million for the property in question, which if true increases the equity available for creditors.

(8) The Trustee has requested documents so that she can accurately assess this estate but has not received any as of the filing of this objection. She needs additional time to make an assessment as to the value to the estate.

(9) The Trustee has asked for proof of insurance from both the debtor and the creditor so that arrangements can be made to make sure the estate is protected.

(10) Pursuant to 11 U.S.C. §541(a) any non-exempt equity in Debtor's property should be construed as property of the estate to be applied by the Trustee to any unsecured debts of the estate.

(11) The Creditor's interest will not be prejudiced by the Trustee's sale of the Debtor's interest in this property because the entire debt owed to the Creditor will likely be paid before any funds are paid to unsecured creditors.

Wherefore, the Trustee respectfully requests:

    (a) That the Court deny the Motion for Relief from Automatic Stay and Abandonment filed by the Creditor; and

    (b) That a hearing be scheduled in this matter.

Dated this 24th day of December, 2020.

                                                      __/s/_____
                                                      Titania D. Whitten
                                                      Chapter 7 Trustee
                                                      10425 W. North Avenue, #350
                                                      Wauwatosa, WI 53226
                                                      (414) 431-0007 Telephone
                                                      (414) 431-0038 Facsimile
                                                      trustee@whittenlawoffices.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re: JBWI HOMES, LLC　　　　　　　　20-27616-KMP
　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　Debtor(s).

---

## AFFIDAVIT OF MAILING

---

STATE OF WISCONSIN　　)
　　　　　　　　　　　　) SS
MILWAUKEE COUNTY　　)

　　Titania D. Whitten, being sworn states that on December 24, 2020 mailed properly enclosed in a postpaid envelope, copy of the Objection to Velocity Commercial Capital LLC's Motion for Relief and Abandonment that was filed with the court, to the following named persons at their proper post office address after their respective addresses:

Joseph Scherwenka (via electronic mail)
Scherwenka Law, LLC
12970 W. Bluemound Road
Ste 204
Elm Grove, WI 53122

JBWI Homes, LLC
9439 Silicon Prairie Parkway
Verona, WI 53593

Attorney Charles Fiergola (via electronic mail)
Attorney Samuel Wisotzkey
Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212

US Bankruptcy Court
US Courthouse, Room 126
517 E. Wisconsin Avenue
Milwaukee, WI. 53202

Subscribed and sworn to before
me this 24th day of December, 2020.

\_\_/s/_____      \_\_/s/_____
Judith L. DuSell      Titania D. Whitten
Notary Public, State of Wisconsin      Chapter 7 Trustee
My commission is permanent.      Whitten Law Offices, LLC
     10425 W. North Avenue, Suite 350
     Milwaukee, WI. 53226
     P: 414-431-0007; F:414-431-0038